THREE PIECES CAMBRIC, ONE PIECE BOBBINET, FOUR PIECES BOOK MUSLIN, TWO PIECES FIGURED MUSLIN, TWO LINEN TABLE COVERS, THREE PIECES BLEACHED SHIRTING, THREE PIECES BROWN SHIRTING, ONE PIECE RUSSIAN SHEETING, TWO PIECES WHITE FLANNEL, ONE PIECE RED CLOTH, TWO PIECES THREAD LACE, ONE DOZEN COLORED COTTON MEN'S HOSE, ELEVEN PAIRS WHITE COTTON MEN'S HOSE, TEN PAIRS WHITE COTTON WOMEN'S HOSE, THIRTEEN PIECES LINEN TAPE, TWO PIECES BINDING, THREE GILT WATCHES, ONE PAIR SUSPENDERS, ONE PAIR MEN'S SHOES, ONE PIECE SOLE LEATHER, FIVE PIECES BRIDLE LEATHER, THREE BLANKETS, ONE SET KNIVES AND FORKS, TWENTY-SIX TIN PANS, TWO POCKET KNIVES, SIX POCKET COMBS, ONE PACK PINS, ONE CAMLET CLOAK, TEN PAIRS BLACK SILK GLOVES, NINE PAIRS WHITE SILK GLOVES, THREE PAIRS KID GLOVES, SIX PAIRS CORSETS, ONE PIECE BOBBINET VEIL, ONE PIECE BLACK CREPE, ONE BOBBINET CAP, FORTY-THREE CREPE AND GAUZE HANDKERCHIEFS, TWO FANCY CAMBRIC HANDKERCHIEFS, THIRTEEN IMITATION MERINO SHAWLS, TWELVE FANCY SILK HANDKERCHIEFS, SEVEN PIECES PRINTED SHAWLS, ONE SILK SHAWL, FIVE PIECES FLOWERED SILK, AND ONE RIFLE, CLAIMED BY DONALD MacPHERSON. ■■■■■

JOURNAL ENTRIES: (1) Jan. 13, 1834: libel filed, time fixed for trial, notice ordered published; (2) Jan. 30, 1834: publication proved, proclamation made, motion for judgment; (3) March 24, 1834: leave given to file claim, claim and bond filed; (4) June 2, 1834: leave given to amend libel; (5) June 5, 1834: continued, rule to plead; (6) Jan. 7, 1835: jury trial, verdict for libellant; (7) Jan. 8, 1835: motion for judgment; (8) Jan. 17, 1835: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1834–35): (1) Libel; (2) published notice, proof of publication and posting; (3) claim; (4) claimant's bond; (5) motion for judgment by default; (6) claimant's plea; (7) copy of order of sale, return.
*File No.* 103.

■■■■■■■■ UNITED STATES *versus* SEVEN BAGS OATS, ONE WHITEWASH BRUSH, ONE CANOE AND ONE PADDLE AND ONE OAR, THE TACKLE AND FURNITURE OF SAID CANOE, TEN BAGS AND TWENTY BUSHELS OATS, TWELVE BAGS OATS, AND THREE EMPTY BAGS.

JOURNAL ENTRIES: (1) Jan. 13, 1834: libel filed, time fixed for trial, notice ordered published; (2) Jan. 30, 1834: publication proved, proclamation made, motion for judgment; (3) March 24, 1834: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.
*File No.* 104.

■■■■■■ UNITED STATES *versus* EIGHT PIECES BLUE MIXED CHAMBRAY CONTAINING FOUR HUNDRED AND NINETY-EIGHT YARDS, TWO PIECES MIXED SATINET CONTAINING FIFTY-THREE YARDS, TWO PIECES WHITE FLANNEL CONTAINING NINETY-TWO YARDS, ONE PIECE GREEN FLANNEL CONTAINING FORTY-SIX YARDS, SIX PIECES KERSEY GRAY CONTAINING TWO HUNDRED AND FORTY YARDS, TWO PIECES BLUE MIXED CLOTH CONTAINING FIFTY-FOUR AND ONE-HALF YARDS, ONE

DRAB DEVONSHIRE KERSEY con-
taining NINETY-ONE AND ONE-
HALF YARDS, AND ONE BOLT
CANVAS. 

JOURNAL ENTRIES: (1) Jan. 13, 1834: libel filed,
time fixed for trial, notice ordered published;
(2) Jan. 30, 1834: publication proved, proclama-
tion made, motion for judgment; (3) March 24,
1834: property forfeited, sale and notice of sale
ordered.
PAPERS IN FILE (1834): (1) Libel; (2) published
notice, proof of publication and posting; (3)
return of sale, receipt.
*File No.* 102.

 UNITED STATES *versus*
MARTIN V. WITHINGTON. 

JOURNAL ENTRIES: (1) Jan. 13, 1834: arraign-
ment, plea of not guilty, remand to prison; (2)
Jan. 14, 1834: plea of not guilty, motion for
postponement granted provided defendant con-
sent to taking of testimony of non-resident wit-
nesses in writing; (3) Jan. 15, 1834: witnesses
recognized, attendance of witnesses proved; (4)
June 3, 1834: rule to bring body, escape re-
ported, witnesses recognized, attendance of wit-
nesses proved.
PAPERS IN FILE (1834): (1) Indictment.
*File No.* 100.

 UNITED STATES *versus*
BENIAH JONES. 

JOURNAL ENTRIES: (1) Jan. 13, 1834: arraignment,
plea of not guilty withdrawn, plea of guilty
entered, attendance of witnesses proved.
PAPERS IN FILE (1834): (1) Indictment.
*File No.* 97.

 UNITED STATES *versus*
HENRY P. POWERS. 

JOURNAL ENTRIES: (1) Jan. 18, 1834: motion to
quash writ overruled, defendant discharged on
common bail; (2) March 24, 1834: leave given
to amend declaration; (3) June 20, 1834: rule to
plead; (4) Jan. 6, 1835: continued.
PAPERS IN FILE (1833): (1) Precipe for capias;
(2) capias and return; (3) incomplete recog-
nizance; (4) motion to quash writ; (5) declara-
tion; (6) plea of nil debet, etc.; (7) letter—Secre-
tary of Treasury to Secretary of War re remis-
sion of penalty.
*File No.* 87.

 UNITED STATES *versus*
ONE DOZEN BROWN COTTON
DRAWERS, ONE DOZEN MEN'S
FANCY STRIPED JACKETS, ONE
DOZEN MEN'S BROWN FANCY
PANTALOONS, ONE-HALF DOZEN
PATENT COTTON PEA COATS,
ONE DOZEN COTTON SHIRTS,
THREE DOZEN WHITE COTTON
HOSE, TWO DOZEN MIXED HALF
HOSE, THREE DOZEN WORSTED
COMFORTS, THIRTEEN GROSS
VEST BUTTONS, THREE GROSS
COAT BUTTONS, TWENTY-TWO
WORSTED STUFF VESTS, ONE
DOZEN YELLOW GROUND HAND-